UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. ALAND,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>        Defendants. | Case No. 22-cv-01321-JSW<br><br>**ORDER DENYING MOTION TO REQUIRE STATUS REPORT**<br><br>Re: Dkt. No. 45 |

        Now before the Court for consideration is the motion to require Defendants to file status report filed by Plaintiff Robert H. Aland ("Plaintiff"). The Court has considered the parties' papers, relevant legal authority, and the record in the case, and it finds this matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing scheduled for June 16, 2023. For the following reasons, the Court DENIES Plaintiff's motion to require a status report.

        This matter is stayed pending the resolution of the appeals in three related cases—*Defs. of Wildlife v. U.S. Fish & Wildlife Service*, 4:21-cv-344-JSW, *WildEarth Guardians v. Haaland*, 4:21-cv-349-JSW, and *Nat. Res. Def. Council v. U.S. Dep't of the Interior*, 4:21-cv-561-JSW (the "Related Cases").[1] The appeals are administratively stayed through February 2, 2024, which corresponds to the date by which the U.S. Fish and Wildlife Service expects to submit a proposed rule to the Federal Register addressing the status of gray wolves in the United States. (*See* Dkt. No. 46, Exs. 1, 2.)

        Plaintiff's request for a status report is DENIED AS MOOT. Defendants' response sets

---

[1] The appeals in the related cases are *Defenders of Wildlife v. U.S. Fish & Wildlife Service*, 21-16382 (9th Cir.)

forth publicly available information on the status of the appeals. To the extent Plaintiff seeks non-public information regarding the status of the pending appeals, the Court DENIES Plaintiff's request because such information is protected from disclosure under law. *See* Ninth Circuit Rule 33-1(c). The reasons for entering the stay as set forth in this Court's prior Order still apply. The matter remains stayed pending resolution of those appeals. The parties are reminded that they shall file a notice with this Court no later than ten (10) days after the Ninth Circuit's decision in the Related Cases.

**IT IS SO ORDERED.**

Dated: June 6, 2023

_____
JEFFREY S. WHITE
United States District Judge